■ 1009 SECOND AVENUE ASSOCIATES et al., Respondents, v BENENSON CAPITAL COMPANY et al., Appellants, et al., Defendant. (And a Third-Party Action.) [710 NYS2d 241] —Order, Supreme Court, New York County (Louise Gruner-Gans, J.), entered March 17, 2000, which, in an action to recover property damages sustained by plaintiffs' building during the construction of defendants' adjacent building, insofar as appealed from, denied defendants-appellants' motion to renew their motion for partial summary judgment dismissing plaintiffs' claim for punitive damages, unanimously affirmed, with costs.

Defendants' motion to renew was properly denied absent a reasonable excuse for their not having included the new evidence, mainly consisting of deposition testimony of their own representatives, in the original motion (CPLR 2221 [e] [3]). Moreover, as the IAS Court also held, the new evidence raises issues of credibility inappropriate for consideration on a motion for summary judgment. We have considered and rejected defendants' other arguments. Concur—Williams, J. P., Tom, Wallach and Rubin, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. CAROL SCHLITT, Admitted on March 27, 1989, at a Term of the Appellate Division, First Department. [713 NYS2d 466] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York *nunc pro tunc* to May 11, 2000; this Court's unpublished order entered May 11, 2000 (M-2610) recalled and vacated. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See,* 257 AD2d 127.]